**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 14-CR-00490-JLK-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ADRIAN DIAZ-DELEON,

       Defendant.

---

**ORDER DISMISSING VIOLATION PROCEEDINGS AND
CONTINUING SUPERVISED RELEASE**

---

       THIS MATTER comes to attention of the Court upon request by the probation officer to dismiss supervised release violation proceedings in this case.  The Court, having been advised in the facts and premises of the above case, hereby

       ORDERS that the defendant's pending June 25, 2015, supervised release violation proceedings be vacated and his conditions of bond terminated.  It is

       FURTHER ORDERED that the petition for violation of supervised release, dated March 12, 2015, is hereby dismissed and the defendant is continued on supervised release as originally imposed.

       DATED at Denver, Colorado, this __14th_ day of May, 2015.

                            BY THE COURT:

                            ***s/John L. Kane***
                            John L. Kane
                            Senior United States District Judge